**Order entered April 19, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00122-CR

### ARNULFO RAMIREZ, Appellant

### V.

### THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court No. 1
Dallas County, Texas
Trial Court Cause No. F16-75752-H

## ORDER

Before the Court is court reporter Crystal Jones's April 18, 2018 request for a 60-day extension to file the reporter's record. Ms. Jones states she needs additional time because there are four court reporters on this case and appellant has not paid for the reporter's record.

A review of this appeal shows the reporter's record was due March 19, 2018. On April 16, 2018, a reporter's record of the trial court's March 19, 2018 and April 9, 2018 hearings was filed. The hearings were to determine whether appellant desired to appeal and whether he was entitled to appointed counsel. At the conclusion of the April 9th hearing, appellant signed a pauper's oath and the trial court stated he would appoint counsel to represent appellant in this

appeal. The clerk's record was filed March 21, 2108; we have not received a copy of the order appointing counsel.

We **ORDER** the Dallas County Clerk to file, **WITHIN TEN DAYS** of the date of this order, a supplemental clerk's record containing the trial court's order appointing appellate counsel.

We **GRANT** court reporter Crystal Jones's request to the extent we **ORDER** the reporter's record filed by May 18, 2018. *See* TEX. R. APP. P. 35.3(c) (each extension must not exceed 30 days).

/s/      LANA MYERS
          JUSTICE